UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED
2019 FEB 13 PM 2:02
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.

SCHQUAN ANTIONETTE SHANKS

Case No.   3:19-cr-21-J-34JRK
Cts. 1-21:   26 U.S.C. § 7206(2)

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH TWENTY-ONE

A. Introduction

At all times material to this Indictment, unless otherwise specified:

1. The defendant, SCHQUAN ANTIONETTE SHANKS, was a resident of Jacksonville, Florida, and an owner and operator SNR Tax Service, a business located in Jacksonville that offered tax return preparation services. The defendant was also a principal in Dynasty Tax Service, another business located in Jacksonville that offered tax return preparation services.

2. The Internal Revenue Service ("IRS") is an agency of the United States Department of the Treasury with responsibility for the ascertainment, computation, assessment, and collection of revenue, including individual income taxes.

3. A Form 1040, U.S. Individual Income Tax Return, is an IRS form that is used to report an individual's income, exemptions, deductions, credits, taxes, taxes paid, and other financial information and to determine the amount of taxes owed by the individual to the IRS or the refund due to the individual from the IRS.

4. A Schedule C (Form 1040), Profit or Loss from Business (Sole Proprietorship), is an IRS form that is used to report an individual's income or loss from a business operated or a profession practiced as a sole proprietor.

5. A Schedule C-EZ (Form 1040), Net Profit from Business (Sole Proprietorship), is a simplified version of Schedule C that certain individuals may use instead of Schedule C.

6. A tax credit reduces an individual's income tax liability by the amount of the credit. If a tax credit is refundable, the amount of the credit that is greater than the amount of tax owed is paid to the individual as a tax refund.

7. An earned income credit ("EIC") is a refundable tax credit for qualifying individuals who work and have earned income above a lower limit but below an upper limit. These limits and the maximum allowable credit vary by tax year.

8. An additional child tax credit ("ACTC") is a refundable tax credit for qualifying individuals with children. The maximum allowable credit varies by tax year.

9. In preparing other individuals' income tax returns, the defendant knowingly reported false information to decrease the amount of the tax owed by the individuals to the IRS and to increase the amount of the tax refund received by the individuals from the IRS.

10. The defendant filed and caused to be filed with the IRS the tax returns of the other individuals that contained the false information.

11. The defendant's actions caused the IRS to issue refunds when tax would have been owed in the absence of the fraud and to issue larger refunds than otherwise would have been due in the absence of the fraud.

## B. Charges

On or about the dates set forth as to each count below, in Duval County, in the Middle District of Florida, and elsewhere, the defendant,

SCHQUAN ANTIONETTE SHANKS,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns for the individuals identified by their initials and tax years specified below, which were false and fraudulent as to material matters, in that the returns

3

included the false and fraudulent statements specified below, which the defendant knew were false and fraudulent and which resulted in the individuals purportedly being entitled under the provisions of the Internal Revenue laws to claim certain exemptions, deductions, and credits, when, as the defendant knew, the individuals were not entitled to claim the exemptions, deductions, and credits, as follows:

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| ONE | January 27, 2015 | 2014 | IRS Form 1040 and Schedule C-EZ submitted on behalf of J.L. representing that J.L. had business income of $2,500, had two dependents, S.G. and F.D., and was entitled to additional exemptions totaling $7,900, an additional EIC of $5,241, and an ACTC of $1,658 |
| TWO | February 4, 2016 | 2015 | IRS Form 1040 and Schedule C submitted on behalf of J.L. representing that J.L. had a business loss of $4,349, had two dependents, S.G. and F.D., and was entitled to additional exemptions totaling $8,000, an EIC of $5,548, and an ACTC of $2,000 |

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| THREE | February 4, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of J.L. representing that J.L. had a business loss of $13,373, had two dependents, S.G. and F.D., and was entitled to additional exemptions totaling $8,100, an EIC of $5,572, and an ACTC of $2,000 |
| FOUR | February 5, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of J.L. representing that J.L. had a business loss of $19,066, had two dependents, S.G. and F.D., and was entitled to additional exemptions totaling $8,100, an EIC of $5,616, and an ACTC of $2,000 |
| FIVE | February 13, 2015 | 2014 | IRS Form 1040 and Schedule C submitted on behalf of T.D.P. representing that T.D.P. had a business loss of $17,037, had an additional dependent, R.M., and was entitled to an additional exemption of $3,950, an additional EIC of $3,894, and an additional ACTC of $1,752 |

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| SIX | January 29, 2016 | 2015 | IRS Form 1040 and Schedule C submitted on behalf of T.D.P. representing that T.D.P. had a business loss of $11,007, had an additional dependent, R.M., and was entitled to an additional exemption of $4,000, an additional EIC of $2,257, and an additional ACTC of $758 |
| SEVEN | February 10, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of T.D.L. (formerly T.D.P.) representing that T.D.L. had a business loss of $12,282 and was entitled to an additional EIC of $1,345 and an additional ACTC of $538 |
| EIGHT | January 22, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of T.D.L. (formerly T.D.P.) representing that T.D.L. had a business loss of $12,742 and was entitled to an additional EIC of $2,063 and an additional ACTC of $888 |
| NINE | February 11, 2015 | 2014 | IRS Form 1040 and Schedule C submitted on behalf of S.J.W. representing that S.J.W. had a business loss of $11,780, had an additional dependent, P.H., and was entitled to an additional exemption of $3,950, an additional EIC of $3,168, and an additional ACTC of $1,470 |

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| TEN | February 1, 2016 | 2015 | IRS Form 1040 and Schedule C submitted on behalf of S.J.W. representing that S.J.W. had a business loss of $13,254, had an additional dependent, P.H., and was entitled to an additional exemption of $4,000, an additional EIC of $3,484, and an additional ACTC of $1,296 |
| ELEVEN | February 6, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of S.J.W. representing that S.J.W. had a business loss of $17,100, had an additional dependent, P.H., and was entitled to an additional exemption of $4,050, an additional EIC of $4,298, and an additional ACTC of $1,509 |
| TWELVE | February 3, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of S.J.W. representing that S.J.W. had a business loss of $16,522, had an additional dependent, P.H., and was entitled to an additional exemption of $4,050, an additional EIC of $4,090, and an additional ACTC of $1,293 |
| THIRTEEN | March 10, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of C.E.J. representing that C.E.J. had a business loss of $32,729 and was entitled to an EIC of $3,373 and an ACTC of $1,000 |

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| FOURTEEN | February 20, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of I.L.J. representing that I.L.J. had a business loss of $11,350 |
| FIFTEEN | February 27, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of I.L.J. representing that I.L.J. had a business loss of $6,626 |
| SIXTEEN | February 17, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of L.D.J. representing that L.D.J. had a business loss of $16,478 and was entitled to an additional EIC of $3,464 and an additional ACTC of $938 |
| SEVENTEEN | February 27, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of L.D.J. representing that L.D.J. had a business loss of $15,045 and was entitled to an additional EIC of $3,159 |
| EIGHTEEN | February 8, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of B.S. representing that B.S. had a business loss of $35,369 and was entitled to an EIC of $4,871 |
| NINETEEN | February 3, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of B.S. representing that B.S. had wages, salaries, tips, etc. (W-2 income) of $8,447, had business income of $6,563, and was entitled to an EIC of $6,318 and an ACTC of $1,000 |

| Count | Approximate Date Tax Return Filed | Tax Year | Description of Documents and False and Fraudulent Statements |
|---|---|---|---|
| TWENTY | April 18, 2017 | 2016 | IRS Form 1040 and Schedule C submitted on behalf of L.S.W. representing that L.S.W. had a business loss of $50,997 and was entitled to an EIC of $3,371 and an ACTC of $800 |
| TWENTY-ONE | January 19, 2018 | 2017 | IRS Form 1040 and Schedule C submitted on behalf of L.S.W. representing that L.S.W. had a business loss of $48,420 and was entitled to an EIC of $3,400 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL,

*Deborah G. Heald*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

9

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SCHQUAN ANTIONETTE SHANKS

## INDICTMENT

Violations:

26 U.S.C. § 7206(2)

A true bill,

_____
Foreperson

Filed in open court this __13__ day

of February, 2019.

_____
Clerk

Bail   $_____

GPO 863 525